## No. 978.

MAYOR AND COUNCILMEN OF MORGAN CITY VS. SOPHIA DALY.

The Mayor of an incorporated town can enforce its police regulations for the preservation of order, and an offender against them may be punished, although a prosecution in the State court may be pending for an offence arising out of the same conduct.

APPEAL from the Mayor's Court.

*Winchester* for the Town. *Merchant* for Defendant Appellant.

The charge before the Mayor was for disturbing the peace, and for using abusive and insulting language without provocation. The offence for which the indictment was pending was " an attempt to kill with a revolver," and both grew out of the defendant's conduct on one occasion.

EGAN, J., delivered the opinion affirming the judgment.